

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00337-CV

IN RE CHARLES CLEVELAND
NOWDEN

RELATOR

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. D432-E-10058-13

----------

### MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; DAUPHINOT and SUDDERTH, JJ.

DELIVERED: September 29, 2016

---

[1]*See* Tex. R. App. P. 47.4.